TIMOTHY COURCHAINE
United States Attorney
District of Arizona
STEPHEN MARLOWE
Assistant United States Attorney
California State Bar No. 353337
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
E-Mail: stephen.marlowe@usdoj.gov
*Attorneys for Plaintiff*

☒ FILED   ☐ LODGED

**May 28 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-26-00579-PHX-KML (MTM) |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 18 U.S.C. § 1709 |
| | (Theft of Mail by a Postal Employee) |
| Romere Nixon, | Count 1 |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT ONE

On or about August 5, 2024, in the District of Arizona, the defendant, ROMERE NIXON, an employee of the United States Postal Service, knowingly embezzled and stole multiple pieces of United States mail that were entrusted to him and were in his possession by virtue of his employment with the United States Postal Service and were intended to be conveyed by mail or carried or delivered by a United States Postal Service employee.

//

//

//

//

//

//

All in violation of Title 18, United States Code, Section 1709.

Dated this 1st day of May, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

STEPHEN MARLOWE
Assistant U.S. Attorney