☒ FILED ☐ LODGED

**May 28 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Romere Nixon,<br><br>Defendant. | No. CR-26-00579-PHX-KML (MTM)<br><br>**WAIVER OF INDICTMENT** |

Romere Nixon, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1709 (Theft of Mail by a Postal Employee), being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the matter may proceed by information instead of by indictment.

*Success V. White on behalf of Mr. Nixon*

_____
ROMERE NIXON
Defendant

_____
SUCCESS V. CARTER
Attorney for Defendant

Date _May 25, 2026_